UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEE AUSAR WANEPHER MAAT EL,

Plaintiff,

-against-

JP MORGAN CHASE LIEN #21260710049061-3/FDIC FEDERAL DEPOSIT INSURANCE COMPANY; FEDERAL RESERVE BANK; FIDUCIARY FASHARD SCHFIZIDETT; NICK STANESCU; LUKE WOODARD; MARGARET RILEY,

Defendants.

26-CV-6761 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this action *pro se*. By order dated September 25, 2026, and entered on October 1, 2026, the Court dismissed the complaint due to Plaintiff's failure to pay the filing fees or submit an application to proceed *in forma pauperis* ("IFP"), that is, without prepayment of the filing fees. (ECF No. 10.) In the same order, the Court also denied multiple motions that Plaintiff filed in lieu of paying the fees or submitting an IFP application. (*Id.*)

On September 30, 2026, in the period between the Court's signing of the dismissal order and its entry on the docket, Plaintiff filed a document that he styles as a "Notice of Motion for Summary Turnover Judgment." (ECF No. 9.) That motion does not address Plaintiff's financial circumstances as would be required to assess whether he qualifies for IFP status. The Court therefore denies Plaintiff's motion.

The Clerk of Court is directed to terminate the motion pending at ECF No. 9.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: October 1, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge