UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEE AUSAR WANEPHER MAAT EL,

Plaintiff,

-against-

JP MORGAN CHASE LIEN #21260710049061-3/FDIC FEDERAL DEPOSIT INSURANCE COMPANY; FEDERAL RESERVE BANK; FIDUCIARY FASHARD SCHFIZIDETT; NICK STANESCU; LUKE WOODARD; MARGARET RILEY,

Defendants.

26-CV-6761 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this action *pro se*. By order dated September 25, 2026, and entered on October 1, 2026, the Court dismissed the complaint without prejudice. (ECF No. 10.) On October 2, 2026, Plaintiff filed a document that he styles as an “Amended Notice of Motion for Summary Turnover Judgment.” (ECF No. 12.) Plaintiff has filed the same or substantially similar motions in the past, all of which the Court denied. (ECF Nos. 6-9.) Because this action is closed, the Court again denies Plaintiff’s motion. The Clerk of Court is directed to terminate the motion pending at ECF No. 12.

This action remains closed. The Court warns Plaintiff that further vexatious or frivolous filings in this court may result in an order barring Plaintiff from filing new actions *in forma pauperis* unless he receives prior permission from the court to file a new action. *See* 28 U.S.C. § 1651.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: October 7, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge