UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEE AUSAR WANEPHER MAAT EL,

Plaintiff,

-against-

JP MORGAN CHASE LIEN #21260710049061-3/FDIC FEDERAL DEPOSIT INSURANCE COMPANY; FEDERAL RESERVE BANK; FIDUCIARY FASHARD SCHFIZIDETT; NICK STANESCU; LUKE WOODARD; MARGARET RILEY,

Defendants.

26-CV-6761 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this action *pro se*. By order dated September 25, 2026, and entered on October 1, 2026, the Court dismissed the complaint without prejudice due to Plaintiff's failure to comply with an order directing him to either pay the filing fees for this action or submit an application to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. (ECF No. 10.) On October 14, 2026, Plaintiff filed a document that he styles as an "Amended Notice of Motion for Summary Turnover Judgment." (ECF No. 15.)

Plaintiff has filed the same or substantially similar motions five times in the past, all of which the Court denied.[1] (ECF Nos. 6-9, 12.) Most recently, on October 2, 2026, he filed an "Amended Notice of Motion for Summary Turnover Judgment." (ECF No. 12.) On October 8, 2026, the Court denied the motion because this action is closed. (ECF No. 14.) The Court also warned Plaintiff that further vexatious or frivolous filings may result in an order barring him

[1] The motions neither requested any specific relief any against Defendant, nor contained a statement of facts or any arguments why any relief should be granted.

from filing new actions IFP unless he first obtains the court's permission to do so. (*Id*. at 1.) Plaintiff filed the present motion six days later. (ECF No. 15.)

Because this action is closed, the Court again denies Plaintiff's motion. The Clerk of Court is directed to terminate the motion pending at ECF No. 15.

This action remains closed. The Court again warns Plaintiff that further vexatious or frivolous filings in this court may result in an order barring him from filing new actions IFP unless he receives prior permission from the court to file a new action. The Court also warns him that any such filings may also result in an order barring him from further filings in this case, except those directed to the United States Court of Appeals for the Second Circuit. *See* 28 U.S.C. § 1651.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: October 19, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge